# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MCBRIDE,<br><br>         Plaintiff<br><br>    v.<br><br>I.C. SYSTEM, INC., | Case No.: 2:14-cv-01558-AJS-LPL |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ David J. Morgan*____ | */s/ Craig Thor Kimmel* |
| Christina Orr Magulick, Esquire | Craig Thor Kimmel, Esquire |
| David J. Morgan, Esquire | Tara L. Patterson, Esquire |
| Gordon & Rees, LLP | Kimmel & Silverman, P.C. |
| 707 Grant Street, Suite 3800 | 30 East Butler Pike |
| Pittsburgh, PA 15219 | Ambler, PA 19002 |
| Phone: (412) 316-2935 | Phone: (215) 540-8888 |
| Fax: (412) 347-5461 | Fax: (877) 788-2864 |
| Email: cmagulick@gordonrees.com | Email: kimmel@creditlaw.com |
| Email: dmorgan@gordonrees.com | Email: tpatterson@creditlaw.com |
| Attorneys for the Defendant | Attorney for the Plaintiff |
| Date: March 27, 2015 | Date: March 27, 2015 |

## Certificate of Service

I hereby certify that on this 27th day of March, 2015, a true and correct copy of the foregoing pleading served via mail to the below:

Christina Orr Magulick, Esquire
David J. Morgan, Esquire
Gordon & Rees, LLP
707 Grant Street, Suite 3800
Pittsburgh, PA 15219
Phone: (412) 316-2935
Fax: (412) 347-5461
Email: cmagulick@gordonrees.com
Email: dmorgan@gordonrees.com
Attorneys for the Defendant


*/s/ Craig Thor Kimmel*
Craig Thor Kimmel, Esquire
Attorney ID No. 57100
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: kimmel@creditlaw.com
Attorney for Plaintiff